IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00847-BNB

ROBERT E. STALLINGS,

    Plaintiff,

v.

SHARON PHILLIPS, D.O.C. Employee, and
COLORADO DEPARTMENT OF CORRECTIONS (the Agency),

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Robert E. Stallings, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon Correctional Facility. Mr. Stallings initiated this action by filing *pro se* a Prisoner Complaint for money damages alleging that his constitutional rights have been violated. He was granted leave to proceed pursuant to 28 U.S.C. § 1915.

In an order filed on June 18, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Stallings to submit within thirty days an amended complaint that sued the proper parties, complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and alleged how each named Defendant personally participated in the asserted constitutional violations . On July 21, 2010, in lieu of filing the amended complaint as directed, Mr. Stallings filed a letter informing the Court that he wanted to "withdraw from Case No. 10-cv-00847-BNB, for lack of information." *See* July 21 letter at 1.

The Court must construe the July 21 letter liberally because Mr. Stallings is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Stallings, Stallings's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter Plaintiff, Robert E. Stallings, submitted to and filed with the Court on July 21, 2010, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 21, 2010, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this  22nd  day of  July , 2010.

             BY THE COURT:

             s/Philip A. Brimmer
             PHILIP A. BRIMMER
             United States District Judge, for
             ZITA LEESON WEINSHIENK, Senior Judge
             United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00847-BNB

Robert E. Stallings
Prisoner No. 136958
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk